IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 APR 26  P 4: 45

UNITED STATES OF AMERICA )
)
v. )
)
)
CENTORIA D. WARREN )
)
)
)
)

CR. NO. 2:07CR84-WC

(18 U.S.C. 13 and Code of
Alabama, Sec. 13A-9-13.1)

**INFORMATION**

The United States Attorney charges:

COUNT ONE

On or about the 21st day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 579, dated 21 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of CENTORIA D. WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

COUNT TWO

On or about the 21st day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 580, dated 28 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $25.00, drawn on the account of CENTORIA D. WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT THREE

On or about the 23rd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, andexpectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description:  Check number 585, dated 23 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of CENTORIA D. WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 25th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee.  Said negotiable instrument being of the following tenor and description:  Check number 586, dated 25 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of CENTORIA D. WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 26th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee.  Said negotiable instrument being of the following tenor and description:  Check number 588, dated 26 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $250.00, drawn on the account of CENTORIA D. WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 28th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CENTORIA D. WARREN negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee.  Said negotiable instrument being of the following tenor and description:  Check number 589, dated 28 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of CENTORIA D.

WARREN, at Community Bank and Trust, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone:  334-223-7280
Fax:  334-223-7135

LAURA L. HANSEN
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

STATE OF ALABAMA          )
                                 )          **AFFIDAVIT**

COUNTY OF MONTGOMERY    )

The undersigned, being first duly sworn, deposes and says:

       I, EDWARD McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On 25 October 2006, I notified the Air Force Office of Special Investigations that CENTORIA WARREN had written six insufficient funds checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

      1. Check No. 579, made payable to the Army Air Force Exchange Services, dated 21 July 2006, in the amount of $300.00, signed by CENTORIA WARREN.

      2. Check No. 580, made payable to the Army Air Force Exchange Services, dated 21 July 2006, in the amount of $25.00, signed by CENTORIA WARREN.

      3. Check No. 585, made payable to the Army Air Force Exchange Services, dated 23 July 2006, in the amount of $300.00, signed by CENTORIA WARREN.

      4. Check No. 586, made payable to the Army Air Force Exchange Services, dated 25 July 2006, in the amount of $300.00, signed by CENTORIA WARREN.

      5. Check No. 588, made payable to the Army Air Force Exchange Services, dated 26 July 2006, in the amount of $250.00, signed by CENTORIA WARREN.

      6. Check No. 589, made payable to the Army Air Force Exchange Services, dated 28 July 2006, in the amount of $300.00, signed by CENTORIA WARREN.

      The total amount of the checks, including the insufficient funds check fees, written by CENTORIA WARREN from 21 July 2006 through 28 July 2006 was $1625.00.

EDWARD McINTYRE

Subscribed and sworn to before me this *17th* day of April, 2007.

AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS