IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-84-WC |
| ) | |
| **CENTORIA WARREN** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Reese H. Hays III**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 6th day of June, 2007.

    Respectfully submitted,

    s/Reese H. Hays III
    REESE H. HAYS III
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB AL  36112-6334
    (334) 953-2786/6035

CERTIFICATE OF SERVICE

I hereby certify that on this date of June 6, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    s/Reese H. Hays III
    REESE H. HAYS III
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/6035
    Fax:  334-953-2787