IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

## **ORDER**

For Good Cause, it is

ORDERED that the initial appearance and arraignment for this defendant be and is hereby reset from July 10, 2007 at 10:00 a.m. to July 16, 2007 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 11th day of June 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE