IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Centoria D. Warren, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I), respectfully moves this Court to continue the trial of this action from the present trial date of November 5, 2007, to allow for consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. Ms. Warren has been charged by information in this district with theft of government property in violation of 18 U.S.C. § 641.

2. Ms. Warren has applied for Pretrial Diversion and the Government is currently considering that request. If the Government agrees that diversion is the appropriate disposition of the case, the case will then be presented to the United States Probation Office for its determination of whether or not to accept Ms. Warren into the program.

3. Because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Ms. Warren the opportunity to pursue diversion. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. The Government has no opposition to the granting of a continuance.

**WHEREFORE**, defendant respectfully requests that this Motion be granted and that this case be continued.

Dated this 16th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334

Kent Brunson, Esquire
One Court Square, Suite 201
Montgomery, AL 36104

                        Respectfully submitted,

                        s/Jennifer A. Hart
                        **JENNIFER A. HART**
                        FEDERAL DEFENDERS
                        MIDDLE DISTRICT OF ALABAMA
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        jennifer_hart@fd.org
                        AL Bar Code: HAR189