IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO.: 2:07cr84-WC |
| ) | |
| CENTORIA D. WARREN ) | |

### ORDER ON MOTION

Upon consideration of Defendant's Unopposed Motion to Continue Trial (Doc. #14), and for good cause, it is

ORDERED that Defendant's motion (Doc. #14) is GRANTED.  It is further

ORDERED that the trial currently set for 5 November 2007 in this matter is CANCELLED.  The Court will advise the parties at a later time of the next trial date if necessary. It is further

ORDERED that a status conference, by telephone, is set for 16 November 2007 at 10a.m.  Counsel for the Government shall set up the telephone conference.  At the conference, the parties shall inform the Court as to the progress of the pending pretrial diversion request.

DONE this 18th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE