IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel and requests the withdrawal of LAURA L. HANSEN from the above-captioned matter.  She has been reassigned to another military base and is no longer involved with the office prosecuting this matter.

Respectfully submitted this 19th day of October, 2007.

Respectfully submitted,

s/Satura McPherson
SATURA MCPHERSON
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB AL  36112
Telephone: (334) 953-2786
Fax: 334-953-2787
E-Mail: Satura.McPherson@maxwell.af.mil

## CERTIFICATE OF SERVICE

I hereby certify that on this date of October 19, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Satura McPherson
SATURA MCPHERSON
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL  36112
Telephone:  334-953-2786
Fax: 334-953-2787
E-Mail: Satura.McPherson@maxwell.af.mil

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-84-wc |
| | ) | |
| **CENTORIA D. WARREN** | ) | |

**<u>ORDER</u>**

Upon consideration of Government's Motion to Withdraw filed on October 19, 2007, it is ORDERED that the motion is GRANTED.

DONE, this _____ day of October, 2007.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE