IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. CASE NO.: 2:07cr84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

## <u>ORDER ON MOTION</u>

Upon consideration of Government's motion to withdraw (Doc. #16) attorney

Laura L. Hansen, due to her reassignment to another military base, and for good

cause, it is

ORDERED that the motion (Doc. #16) is GRANTED.

DONE this 19th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE