IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. CASE NO.: 2:07cr84-WC |
| ) | |
| CENTORIA D. WARREN ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion to Substitute Counsel (Doc. #18), it is

ORDERED that the motion (Doc. #18) is GRANTED. Attorney Don Bethel of the Federal Defenders, Middle District of Alabama, is substituted as counsel of record for Defendant, in light of Attorney Jennifer A. Hart's resignation from that office.

DONE this 30th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE