IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR CASE NO.: 2:07cr84-WC |
| | ) |
| CENTORIA D. WARREN | ) |

## **ORDER**

For good cause, it is

ORDERED that the Government shall, on or before **30 January 2008**, file a status report, informing the Court as to the progress of the pending pretrial diversion request. The Government shall also show cause for the delay in its answer to the request.

DONE this 23rd day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE