### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-84-WC |
| | ) | |
| CENTORIA WARREN | ) | |

### STATUS OF PRETRIAL DIVERSION REQUEST

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and states the following:

1.    The defendant, through counsel Donnie Bethel, requested pretrial diversion.

2.    On 16 November 2007, the request was forwarded to the US Attorney's Office with a recommendation to deny the request for pretrial diversion.

3.    On 13 December 2007, the US Attorney's Office denied the request for pretrial diversion.

4.    On 24 January 2008, the US Attorney's Office notified our office that the request for pretrial diversion was denied.

Respectfully submitted this the 25th day of January, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

**s/Satura McPherson**
SATURA MCPHERSON
Special Assistant United States Attorney

42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 25th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**<u>s/Satura McPherson</u>**
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787