IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

## ORDER

For good cause, it is

ORDERED that counsel for the parties shall appear for a pretrial conference on February 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge. Counsel for the Government shall inform the Court within five days prior to the pretrial conference as to whether this case will be tried.

DONE this 31st day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE