IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr84-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

## ORDER

For good cause, it is

ORDERED that this case be set for a bench trial on February 12, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.  Defendant and counsel may execute an amended Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case Form to Waive the Right to Trial by Jury prior to the beginning of the trial.

DONE this 11th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE