IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CR-084-WC |
| | ) | |
| CENTORIA D. WARREN | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion for Leave to Dismiss Information (Doc. #27) filed 11 February 2008, and for good cause shown, it is

ORDERED that Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the Motion (Doc. #27) is GRANTED and the information against the Defendant is DISMISSED with prejudice. All deadlines previously set in this case are hereby terminated.

Done this 11th day of February, 2008.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE